UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JENNIFER HAYSLEY,                                                    Plaintiff,

v.                                              Civil Action No. 3:21-cv-128-DJH-RSE

KENTUCKY LOTTERY CORPORATION,                                       Defendant.

* * * * *

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 18)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

January 5, 2022

**David J. Hale, Judge**
**United States District Court**

1